# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE SMALL,<br><br>    *Plaintiff*,<br><br>v.<br><br>RAHWAY BOARD OF EDUCATION & PATRICIA CAMP,<br><br>    *Defendants*. | Civil Action No. 17-1963<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

    For the reasons set forth in the accompanying Opinion; and for good cause shown,

    IT IS on the 1st day of June, 2018,

    **ORDERED** that Defendants' motion to dismiss (D.E. 30) is **GRANTED**; and it is further

    **ORDERED** that the Second Amended Complaint is **DISMISSED** with **PREJUDICE**; and it is further

    **ORDERED** that the Clerk of the Court mail a copy of this Opinion and Order via regular mail with certified mail return receipt to Plaintiff; and it is further

    **ORDERED** that the Clerk of the Court shall close this matter.

                                                      John Michael Vazquez, U.S.D.J.